# SEALED

PHILLIP A. TALBERT
United States Attorney
JUSTIN GILIO
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

**FILED**

**Mar 16, 2023**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>        v.<br><br>GENEVRA WINTON, AND<br>SHANNON BARGAS,<br><br>                   Defendants. | CASE NO.   1:23-cr-00052-ADA-BAM<br><br>MOTION AND PROPOSED ORDER TO<br>SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on March 16, 2023 charging the above defendants with violations of 21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute and Possess with Intent to Distribute Fentanyl; 21 U.S.C. § 841(a)(1) – Distribution of Fentanyl; 18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm; 21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture, be kept secret until the defendants named in this Indictment are either in custody or has been given bail on these offenses; and further order that until such time as the defendants are in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrants issued pursuant thereto, except when necessary

for the issuance and execution of the warrants.


DATED: March 16, 2023          Respectfully submitted,

                                      PHILLIP A. TALBERT
                                      United States Attorney

                               By    /s/ JUSTIN GILIO
                                      JUSTIN GILIO
                                      Assistant U.S. Attorney


          IT IS SO ORDERED.

Dated:  March 16, 2023

                                      ERICA P. GROSJEAN
                                      U.S. Magistrate Judge