**SEALED**

FILED
Mar 16, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00052-ADA-BAM |
|---|---|
| Plaintiff, | ORDER PERMITTING THE GOVERNMENT TO FILE A PARTIALLY REDACTED COPY OF INDICTMENT |
| v. | |
| GENEVRA WINTON ET AL, | **UNDER SEAL** |
| Defendants. | |

The United States has previously applied to this Court for the indictment and arrest warrants in the above-captioned proceedings to remain under seal in order to prevent the destruction of evidence and flight of the target of the investigation. For the purpose of arraigning the already-apprehended defendant on the superseding indictment, the United States now requests that the Court permit the United States to file a partially redacted copy of the indictment on the public docket. That partially redacted copy of the indictment will conceal the identity of individual who has not yet been apprehended. The United States also seeks to keep the unredacted copy of the indictment under seal.

///

///

///

///

///

///

///

IT IS ORDERED that the indictment and arrest warrants filed in the above-entitled matter shall continue to remain under seal but the United States may file on the public docket a redacted copy of the indictment in this case.

Dated: March 16, 2023

HON. ERICA P. GROSJEAN
U.S. MAGISTRATE JUDGE