**FILED**

MAR 17 2023

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                    Plaintiff,

         v.

GENEVRA WINTON ET AL,

                  Defendant.

CASE NO.  1:23-CR-0052-ADA-BAM

ORDER TO UNSEAL INDICTMENT

    Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed on March 16, 2023, be unsealed and become public record.

DATED: 3/17/23

_____
Honorable ERICA P. GROSJEAN
U.S. MAGISTRATE JUDGE