
**FILED**
Mar 24, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>GENEVRA WINTON,<br><br>  Defendant. | CASE NO. 1:23-CR-00052-ADA-BAM<br><br>ORDER ALLOWING DEFENDANT'S APPEARANCE ON STATE OF CALIFORNIA WRIT FOR HABAES CORPUS AD PROSEQUENDUM |

The Superior Court for the State of California, County of Fresno, has requested that the body of the above-named defendant be produced in Fresno County Superior Court for further proceedings in the case of People of the State of California vs. Genevra Winton, M23902383.  The defendant's appearance before the state court judge is necessary on March 24, 2023, at 8:30 a.m. for an arraignment.  The defendant is currently in the custody of the United States Marshal, charged in the above-entitled action, housed at the Fresno County Jail.  The defendant's next appearance before the United States District Court is scheduled for May 10, 2023, at 1:00 p.m. for a status conference.

It appearing that the defendant's presence is needed for a hearing in the state action, and that the next court appearance in the above-entitled case will be on May 10, 2023,

IT IS HEREBY ORDERED that deputies of the Fresno County Sheriff's Office or their designee may produce the defendant in Fresno County Superior court on March 24, 2023, for purposes of her presence at the arraignment, but shall return her to the custody of the United States Marshal Service in the physical custody of Fresno County Jail immediately after the proceeding has concluded.  The Court further orders that the Fresno County Sheriff's Office or their designated agents can produce the defendant for future state court proceedings with her return immediately thereafter after the U.S. Marshal Service and the Fresno County Sheriff's Office confirms with an Assistant U.S. Attorney that

no state court appearance conflicts with any federal court appearance. Under no circumstances is the defendant to be released from the physical custody of the Fresno County Jail other than for the court appearances that are the subject of this Order or scheduled Federal Court Appearances, or upon further order from this court.

Dated: March 23, 2023

/s/ Sheila K. Oberto
HON. SHEILA K. OBERTO
United States Magistrate Judge