1  PHILLIP A. TALBERT
   United States Attorney
2  JUSTIN J. GILIO
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, Ca 93721
4  Telephone:  (559) 497-4000
   Facsimile:   (559) 497-4099
5
6  Attorneys for Plaintiff
   United States of America
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              Case No: 1:23-CR-00052

12                      Plaintiff,        STIPULATION BETWEEN THE UNITED STATES
                                          AND DEFENDANTS REGARDING
13                                        PRODUCTION OF PROTECTED INFORMATION;
                                          PROTECTIVE ORDER RE: SAME
14              v.

15

16 GENEVRA WINTON ET AL,

17                      Defendants.

18

19

20        WHEREAS, This Court may enter protective orders pursuant to Fed. R. Crim. P. 16(d), 18

21 U.S.C. §§ 3509(d)(3) and 3771(a), and its general supervisory authority.

22        WHEREAS, the discovery in this case contains private personal information regarding third

23 parties, including but not limited to private medical information, autopsy photographs, coroner's report,

24 and private personal identifying information for a victim ("Protected Information"); and

25        WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the

26 unauthorized disclosure or dissemination of this information to anyone not a party to the court

27 proceedings in this matter;

28                                            1

The parties agree that entry of a stipulated protective order is therefore appropriate.

THEREFORE, below defendants, by and through their undersigned counsel of record ("Defense Counsel"), and the United States of America, by and through Assistant United States Attorney Justin J. Gilio, hereby agree and stipulate as follows:

1.      This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2.      This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case (hereafter, collectively known as "the discovery").

3.      By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents or other information that contain Protected Information with anyone other than Defense Counsel's attorneys, designated defense investigators, designated defense experts, and support staff. Defense Counsel may permit the defendant to view unredacted documents or other information in the presence of his attorneys, defense investigators, and/or support staff.  The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the defendant to copy Protected Information contained in the discovery.

4.      The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose.  The discovery is now and will forever remain the property of the United States of America ("Government").  Defense Counsel will return the discovery to the Government or alternatively keep it archived within its sole possession at the conclusion of the case.

5.      Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6.      Defense Counsel shall be responsible for advising the Defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

7.      In the event that Defendant substitutes counsel, undersigned Defense Counsel agrees to return the discovery to the government, or, at the request of government counsel, to forward it to new counsel after new counsel has confirmed to government counsel in writing his or her agreement to the terms of this Order.

8.      Nothing in this Order shall preclude a party from seeking a more restrictive protective order or other court order with regard to particular discovery items.

IT IS SO STIPULATED.

Dated: March 27, 2023          By:     /s/  Griffin Estes_____
                                        Griffin Estes
                                       Attorney for Defendant
                                       Genevra Winton

Dated: March 27, 2023          By:     /s/  Galatea DeLapp___
                                       Attorney for Defendant
                                       Shannon Bargas

Dated: March 27, 2023                  PHILLIP A. TALBERT
                                       United States Attorney

                               By:     /s/ Justin J. Gilio
                                       Justin J. Gilio
                                       Assistant U.S. Attorney

IT IS SO ORDERED.


Dated: March 27, 2023          _Sheila K. Oberto_

                               Hon. Sheila K. Oberto
                               UNITED STATES MAGISTRATE JUDGE