PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GENEVRA WINTON ET AL.,<br><br>Defendants. | CASE NO. 1:23-CR-00052-ADA-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: September 13, 2023<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on September 13, 2023.

2. By this stipulation, defendants now move to continue the status conference until December 13, 2023, at 1:00 P.M. and to exclude time between September 13, 2023, and December 13, 2023, inclusive.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The discovery associated with this case is voluminous and includes investigative reports, photographs and videos, as well as surveillance videos, and large cellular phone extractions, and large amounts of cellular telephone precise location data. All this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) In addition, the parties are waiting for the coroner to complete a report, which the

government expects to occur sometime before the next status conference.

      c)      Counsel for defendant desires additional time to consult with his/her client, conduct investigation, review the voluminous discovery, and prepare for a possible trial.

      d)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)      The government does not object to the continuance.

      f)      The defendants have been released on pretrial services' supervision and are not in custody pending trial.

      g)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      h)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 13, 2023 to December 13, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because the continuance results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 29, 2023                              PHILLIP A. TALBERT
                                                              United States Attorney

                                                              /s/ Justin J. Gilio
                                                              JUSTIN J. GILIO
                                                              Assistant United States Attorney

Dated:  August 29, 2023   /s/ Griffin Estes
Griffin Estes
Counsel for Defendant
Genevra Winton

Dated:  August 29, 2023   /s/ Galatea DeLapp
Galatea DeLapp
Counsel for Defendant
Shannon Bargas

## ORDER

IT IS SO ORDERED that the status conference is continued from September 13, 2023, to **December 13, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:  **August 29, 2023**   /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3