PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00052-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| GENEVRA WINTON ET AL., | DATE: March 13, 2024 |
| Defendants. | TIME: 1:00 p.m. COURT: Hon. Barbara A. McAuliffe |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on March 13, 2024.

2. By this stipulation, defendants now move to continue the status conference until August 14, 2024, at 1:00 P.M. and to exclude time between March 13, 2024, and August 14, 2024, inclusive.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The discovery associated with this case is voluminous and includes investigative reports, photographs and videos, as well as surveillance videos, and large cellular phone extractions, and large amounts of cellular telephone precise location data. All this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) In addition, since the last continuance, the government produced the report of an expert witness that is relevant for purposes of the defendants' sentencing prospects. The defense

attorneys need additional time to review this report, consult with their clients, conduct further investigation, review the voluminous discovery, prepare for a possible trial and/or discuss a potential resolution of the case.

  c) The defense may also hire their own expert witness to evaluate the evidence in this case and needs time to find an expert, procure funding, and receive a report.

  d) The government plans to make a formal offer to the defendants before the next status conference.

  e) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  f) The government does not object to the continuance.

  g) The defendants have been released on pretrial services' supervision and are not in custody pending trial.

  h) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  i) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 13, 2024 to August 14, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because the continuance results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

| | |
|---|---|
| Dated: February 28, 2024 | PHILLIP A. TALBERT<br>United States Attorney |
| | /s/ Justin J. Gilio<br>JUSTIN J. GILIO<br>Assistant United States Attorney |
| Dated: March 1, 2024 | /s/ Griffin Estes<br>Griffin Estes<br>Counsel for Defendant<br>Genevra Winton |
| Dated: March 1, 2024 | /s/ Galatea DeLapp<br>Galatea DeLapp<br>Counsel for Defendant<br>Shannon Bargas |

## **ORDER**

IT IS SO ORDERED that the status conference is continued from March 13, 2024, to **August 14, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated: __March 1, 2024__         /s/ Barbara A. McAuliffe    _
                                                    UNITED STATES MAGISTRATE JUDGE