HEATHER E. WILLIAMS, Bar #122664
Federal Defender
GRIFFIN ESTES, Bar #322095
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
GENEVRA WINTON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>      v.<br><br>GENEVRA WINTON ET AL.,<br><br>                              Defendants. | CASE NO.  1:23-CR-00052-NODJ-BAM<br><br>STIPULATION TO CONTINUE REVIEW HEARING RE HOUSING CONDITIONS; ORDER<br><br>DATE: April 12, 2024<br>TIME: 2:00 p.m.<br>COURT: Hon. E. P. Grosjean |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a review hearing to monitor Ms. Winton's participation in the Teen Challenge program on April 12, 2024.

2. Ms. Winton is currently participating in the inpatient program at Teen Challenge in Watsonville. Pretrial Services has confirmed Ms. Winton's positive progress in the residential program thus far.

3. By this stipulation, Ms. Winton now moves to continue the review hearing until August 14, 2024, at 1:00 p.m.

4. Time is already excluded until August 14, 2024, for Ms. Winton's currently scheduled status conference.

IT IS SO STIPULATED.

STIPULATION TO CONT. REV. HEARING                    1

Dated:  March 26, 2024

PHILLIP A. TALBERT
United States Attorney

*/s/ Justin J. Gilio*
JUSTIN J. GILIO
Assistant United States Attorney

Dated:  March 26, 2024

*/s/ Griffin Estes*
GRIFFIN ESTES
Counsel for Defendant
Genevra Winton

**ORDER**

IT IS SO ORDERED that the Review Hearing re: Housing scheduled on April 12, 2024 be continued to **August 14, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:  **March 27, 2024**            /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE