HEATHER E. WILLIAMS, Bar #122664
Federal Defender
GRIFFIN ESTES, Bar #322095
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
GENEVRA WINTON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GENEVRA WINTON ET AL.,<br><br>Defendants. | CASE NO.  1:23-CR-00052-NODJ-BAM<br><br>STIPULATION TO MODIFY PRETRIAL RELEASE CONDITIONS; ORDER<br><br>DATE: May 8, 2024<br>TIME: 2:00 p.m.<br>COURT: Hon. Boone |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, Ms, Winton was released on pretrial conditions. ECF Dckt. # 67.

2. The parties hereby stipulate to modify Condition 7(d), set forth in ECF Dckt. # 67. This modification was requested and approved by the Pretrial Services office.

   a) Condition 7(d) currently requires Ms. Winton to: "restrict your travel to Northern District of California and the Eastern District of California (for court purposes only), unless otherwise approved in advance by the pretrial services officer."

   b) The parties hereby stipulate to modify condition 7(d) so that Ms. Winton must: "restrict your travel to Northern District of California and the Eastern District of California, unless otherwise approved in advance by the pretrial services officer."

3. Ms. Winton is currently participating in the inpatient program at Teen Challenge in

Watsonville. Pretrial Services has confirmed Ms. Winton's positive progress in the residential program thus far.   Ms. Winton's assigned PTS officer in the supervising district is recommending the bond modification, and Ms. Winton is in compliance with her conditions of release.

  IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  May 7, 2024 | PHILLIP A. TALBERT<br>United States Attorney<br><br>*/s/ Justin J. Gilio*<br>JUSTIN J. GILIO<br>Assistant United States Attorney |
| Dated:  May 7, 2024 | */s/ Griffin Estes*<br>GRIFFIN ESTES<br>Counsel for Defendant<br>Genevra Winton |

## ORDER

**GOOD CAUSE APPEARING**, the above stipulation to modify Ms. Winton's conditions of release is hereby accepted and adopted as the order of this Court. All other orders remain in full force and effect.

IT IS SO ORDERED.

Dated:   **May 8, 2024**

UNITED STATES MAGISTRATE JUDGE