PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00052-NODJ-BAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; AND ORDER |
| v. | |
| GENEVRA WINTON ET AL., | DATE: August 14, 2024 |
| Defendants. | TIME: 1:00 p.m. |
| | COURT: Hon. Barbara A. McAuliffe |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.    By previous order, this matter was set for status on August 14, 2024.

2.    By this stipulation, defendants now move to continue the status conference until November 13, 2024, at 1:00 P.M. and to exclude time between August 14, 2024, and November 13, 2024, inclusive.

3.    The parties agree and stipulate, and request that the Court find the following:

a)    The discovery associated with this case is voluminous and includes investigative reports, photographs and videos, as well as surveillance videos, and large cellular phone extractions, and large amounts of cellular telephone precise location data. All this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)    In addition, since the last continuance, the government produced the report of an

expert witness that is relevant for purposes of the defendants' sentencing prospects.  The defense attorneys need additional time to review this report, consult with their clients, conduct further investigation, review the voluminous discovery, prepare for a possible trial and/or discuss a potential resolution of the case.

c)      The government has also provided plea agreements to both defendants.  Defense counsel and their clients need additional time to review those agreements and prepare for a potential change of plea hearing.

d)      At the November 13, 2024 status conference, the parties will be prepared to set the case for a trial or change of plea hearing.

e)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f)      The government does not object to the continuance.

g)      The defendants have been released on pretrial services' supervision and are not in custody pending trial.

h)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

i)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 14, 2024 to November 13, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because the continuance results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 5, 2024                    PHILLIP A. TALBERT
                                          United States Attorney


                                          /s/ Justin J. Gilio
                                          JUSTIN J. GILIO
                                          Assistant United States Attorney


Dated:  August 5, 2024                    /s/ Griffin Estes
                                          Griffin Estes
                                          Counsel for Defendant
                                          Genevra Winton


Dated:  August 5, 2024                    /s/ Galatea DeLapp
                                          Galatea DeLapp
                                          Counsel for Defendant
                                          Shannon Bargas


### ORDER

IT IS SO ORDERED that the status conference is continued from August 14, 2024, to **November 13, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv). The Court intends to set a trial date at the next status conference.  If the parties do not resolve the case in advance of the next status conference, they shall be prepared to set a trial date at the status conference hearing.


IT IS SO ORDERED.

Dated:   **August 5, 2024**              /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE