PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GENEVRA WINTON ET AL., <br><br> Defendants. | CASE NO. 1:23-CR-00052-NODJ-BAM <br><br> STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER <br><br> DATE: November 13, 2024 <br> TIME: 1:00 p.m. <br> COURT: Hon. Barbara A. McAuliffe |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on November 13, 2024.

2. By this stipulation, the government and Ms. Winton request that Ms. Winton's matter be set for a change of plea hearing. Her case is currently set for a status conference on November 13, 2024. By this stipulation, the parties request her case be set for change of plea hearing on April 14, 2025. Ms. Winton continues to be participating at Teen Challenge in Watsonville, California, and she has medical procedures that she must attend to prior her change of plea hearing.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The discovery associated with this case is voluminous and includes investigative reports, photographs and videos, as well as surveillance videos, and large cellular phone extractions, and large amounts of cellular telephone precise location data. All this discovery has

been either produced directly to counsel and/or made available for inspection and copying.

        b)       The government has provided a plea agreement to Ms. Winton.  Defense counsel and their clients need additional time to review those agreements and prepare for a potential change of plea hearing.

        c)       Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)       The government does not object to the continuance.

        e)       The defendants have been released on pretrial services' supervision and are not in custody pending trial.

        f)       Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        g)       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 13, 2024 to April 14, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because the continuance results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.       Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 31, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ Justin J. Gilio
JUSTIN J. GILIO
Assistant United States Attorney

Dated: October 31, 2024

/s/ Griffin Estes
Griffin Estes
Counsel for Defendant
Genevra Winton

# ORDER

IT IS SO ORDERED that the status conference set for November 13, 2024, is vacated. A change of plea hearing is set for **April 7, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv). The Court also sets a status conference for **March 26, 2025, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. If the parties file the plea agreement in advance of March 26, 2025, the Court will vacate the status conference.

IT IS SO ORDERED.

Dated: **October 31, 2024**       /s/ Barbara A. McAuliffe
                                   UNITED STATES MAGISTRATE JUDGE