HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
GRIFFIN ESTES, CA Bar #322095
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
GENEVRA WINTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GENEVRA WINTON,<br><br>Defendant. | Case No. 1:23-cr-00052-NODJ-BAM<br><br>STIPULATION TO CONTINUE CHANGE OF PLEA HEARING; AND ORDER |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Justin Gilio, counsel for plaintiff, and Assistant Federal Defender Griffin Estes, counsel for Genevra Winton, that the change of plea hearing currently scheduled for April 7, 2025, may be continued to June 2, 2025, at 8:30 a.m.

Counsel for Ms. Winton requires additional time in order to prepare for the currently scheduled change of plea hearing and to prepare for sentencing in this matter. Accordingly, the parties are requesting to continue the April 7, 2025 change of plea hearing to June 2, 2025, to provide sufficient time for these continued discussions.

The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The government is in agreement with this request and the requested date is a mutually agreeable date for both parties. The parties stipulate that for the

purpose of computing time under the Speedy Trial Act, the Court should exclude time from the date of this order through June 2, 2025, for defense preparation and investigation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties agree that the ends of justice served by resetting the change of plea hearing outweigh the best interest of the public and the defendant in a speedy trial.

                                            Respectfully submitted,

                                            HEATHER E. WILLIAMS
                                            Federal Defender

Date: April 1, 2025                           */s/ Griffin Estes*
                                            GRIFFIN ESTES
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            GENEVRA WINTON


                                            MICHELLE BECKWITH
                                            Acting United States Attorney

Date: April 1, 2025                           */s/ Justin Gilio*
                                            JUSTIN GILIO
                                            Assistant United States Attorney
                                            Attorney for Plaintiff

## **ORDER**

IT IS SO ORDERED that the change of plea hearing is continued from April 7, 2025, to **June 2, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).


IT IS SO ORDERED.

Dated:   **April 1, 2025**                    /s/ *Barbara A. McAuliffe*
                                           UNITED STATES MAGISTRATE JUDGE