HEATHER E. WILLIAMS, #122664
Federal Defender
GRIFFIN ESTES, #322095
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
GENEVRA WINTON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GENEVRA WINTON ET AL.,<br><br>Defendants. | CASE NO.  1:23-CR-00052-DAD-BAM<br><br>STIPULATION TO RESET SENTENCING<br><br>DATE: November 3, 2025<br>TIME: 10:00 a.m.<br>COURT: Hon. Dale A. Drozd |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for sentencing on November 3, 2025.  ECF Dckt. # 118.

2.  By this stipulation, the government and Ms. Winton request that Ms. Winton's sentencing be continued to December 15, 2025.

3.  Ms. Winton's counsel has a trial set on October 7, 2025; *United States v. Sandoval*, 1:22-cr-0233-JLT. The government has indicated this it will be calling up to 29 witnesses in the trial. Defense counsel requires additional time to prepare for sentencing in this matter.

4.  Ms. Winton continues to be participating at Teen Challenge in Watsonville, California, and is compliant with the terms of her pretrial release.

5.  As Ms. Winton has entered a change of plea, no exclusion of time is necessary.

IT IS SO STIPULATED.

Dated: September 25, 2025

ERIC GRANT
United States Attorney

/s/ Justin J. Gilio
JUSTIN J. GILIO
Assistant United States Attorney

Dated: September 25, 2025

/s/ Griffin Estes
Griffin Estes
Counsel for Defendant
Genevra Winton

**ORDER**

IT IS HEREBY ORDERED that sentencing in this matter is hereby continued from November 3, 2025, to December 15, 2025, at 10:00 AM in Courtroom 5 before District Judge Dale A. Drozd in Fresno.

IT IS SO ORDERED.

Dated: **September 25, 2025**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE SENTENCING

2