ERIC GRANT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>GENEVRA WINTON,<br><br>        Defendant. | CASE NO. 1:23-CR-00052-NODJ-BAM<br><br>STIPULATION TO CONTINUE SENTENCING; ORDER<br><br>COURT: Hon. Dale A. Drozd |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for sentencing on December 15, 2025, is.

2.  By this stipulation, the government and Ms. Winton request that Ms. Winton's sentencing be continued to April 6, 2026. The reason for the continuance is to allow the parties time to prepare sentencing materials and for continuity of counsel.  Both government and defense counsel in this case will be out on extended medical leave between November and January.

3.  The defendant has been released on pretrial services' supervision and is not in custody pending sentencing.

IT IS SO STIPULATED.

STIPULATION REGARDING SENTENCING                           1

| | |
|---|---|
| Dated: October 31, 2024 | ERIC GRANT<br>United States Attorney<br><br>/s/ Justin J. Gilio<br>JUSTIN J. GILIO<br>Assistant United States Attorney |
| Dated: October 31, 2024 | /s/ Griffin Estes<br>Griffin Estes<br>Counsel for Defendant<br>Genevra Winton |

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing previously scheduled for December 15, 2025, is continued to April 6, 2026 at 9:30 a.m.

IT IS SO ORDERED.

Dated: **November 14, 2025**

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE