HEATHER E. WILLIAMS, #122664
Federal Defender
GRIFFIN ESTES, Bar #322095
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
GENEVRA KAYE WINTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>GENEVRA KAYE WINTON,<br><br>*Defendant.* | Case No. 1:23-cr-00052-DAD-EPG<br><br>**SEALING ORDER**<br><br><br>JUDGE:  Dale A. Drozd |

GOOD CAUSE APPEARING, it is HEREBY ORDERED that Attachments C and D to

GENEVRA KAYE WINTON's Sentencing Memorandum in this case shall be filed ***under seal***

until further order of the court as they contain sensitive and confidential health information.

IT IS SO ORDERED.

Dated:   **March 30, 2026**   _____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

Winton:  Sealing Order