ERIC GRANT
United States Attorney
JUSTIN J. GILIO
ELISA M. RODRIGUEZ
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
United Staes of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GENEVRA WINTON,<br><br>Defendant. | CASE NO. 1:23-CR-00052-DAD-EPG-1<br><br>FINAL ORDER OF FORFEITURE |

On or about August 6, 2025, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreement entered into between plaintiff and defendant Genevra Winton forfeiting to the United States the following property:

    a.    Approximately $2,000.00 in U.S. Currency, plus any accrued interest,
    b.    Red jig in polymer 80/P80,
    c.    Black cellular phone in black case, and
    d.    Samsung cellular phone.

Beginning on August 20, 2025, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within 60 days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

1

Final Order of Forfeiture

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.    A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853(a), including all right, title, and interest of Genevra Winton.

2.    All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.    The U.S. Customs and Border Protection – Homeland Security Investigations shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:    **April 20, 2026**        _____
                                    DALE A. DROZD
                                    UNITED STATES DISTRICT JUDGE

Final Order of Forfeiture