HEATHER E. WILLIAMS, Bar #122664
Federal Defender
GRIFFIN ESTES, Bar #322095
Assistant Federal Defender
Officer of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
GENEVRA WINTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:23-cr-00052-DAD-EPG |
| Plaintiff, | DEFENDANT'S MOTION TO EXONERATE BOND; ORDER |
| vs. | Judge: Hon. Erica P. Grosjean |
| GENEVRA WINTON, | |
| Defendant. | |

Defendant Genevra Winton hereby moves this Court to exonerate the cash bond that was posted in this matter, pursuant to Rule 46 of the Federal Rules of Criminal Procedure. *See* ECF Dkct. #47. On May 11, 2025, Ms. Winton was present before the court on a bail review hearing was ordered released on conditions, including the posting of a cash bond. ECF Dkct. # 48, 50 (Condition 7(q): "A $5,000 cash bond signed by the defendant's son, Joshua Ryan George.") The bondas were posted. ECF Dkct. # 47. The cash bond posted by Mr. George is receipt # 100000393. *See* ECF Dkct. #47.

On April 6, 2026, Mr. Winton appeared for sentencing in front of the Hon. Dale A. Drozd. ECF Dkct. # 146. The Court sentenced Ms. Winton to 42 months in the Bureau of Prison, with a surrender date on June 10, 2026. *Id*. Ms. Winton surrendered as ordered. She is currently incarcerated at FPC Bryan.

Since Ms. Winton is no longer on pretrial release and no conditions remain to be satisfied, Ms. Winton hereby moves the court for an order exonerating the bonds in this case. ECF Dckt. #47. Accordingly, since no conditions remain to be satisfied and exoneration of the cash bond is in the interest of justice, it is requested that the Court exonerate the cash bond and order the return of the funds to Joshua Ryan George.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 15, 2026

/s/ *Griffin Estes*
GRIFFIN ESTES
Assistant Federal Defender
Attorney for Defendant
GENEVRA WINTON

**ORDER**

IT IS SO ORDERED that the Clerk of the Court shall exonerate the $5,000 cash bond plus accrued interest (receipt #'s 100000393.)

IT IS SO ORDERED.

Dated:   **June 18, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

Winton: Motion to Exonerate Bond;
Order

-2-